# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**ESTATE OF BRENDA JENKINS MCDUFFIE,**

    Plaintiff-Appellee,

**vs.**                                                                    **No. 28,929**

**RAYMOND GALUSHA,**

    Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Geraldine E. Rivera, District Judge**

Robert M. St. John
Albuquerque, NM

for Appellee

Raymond Galusha
Albuquerque, NM

Pro Se Appellant

## MEMORANDUM OPINION

**KENNEDY, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

DISMISSED.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Judge**

_____
**ROBERT E. ROBLES, Judge**